[Cite as *Ames v. Geauga Cty. Republican Cent. Commt.*, 2022-Ohio-4572.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## GEAUGA COUNTY

| | |
|---|---|
| BRIAN M. AMES, | **CASE NO. 2022-G-0042** |
| Plaintiff-Appellant, | |
| - vs - | Civil Appeal from the<br>Court of Common Pleas |
| GEAUGA COUNTY<br>REPUBLICAN CENTRAL<br>COMMITTEE, et al., | Trial Court No. 2022 M 000323 |
| Defendants-Appellees. | |

## M E M O R A N D U M
## O P I N I O N

Decided: December 19, 2022
Judgment: Appeal dismissed

*Brian M. Ames*, pro se, 2632 Ranfield Road, Mogadore, OH 44260 (Plaintiff-Appellant).

*Nancy C. Schuster*, Schuster & Simmons, Co. LPA, The Bevelin House, 2913 Clinton Avenue, Cleveland, OH 44113 (For Defendants-Appellees).

MARY JANE TRAPP, J.

{¶1} On October 31, 2022, appellant, Brian Ames, filed a notice of appeal from the trial court's October 26, 2022 entry. In the entry, the trial court found that Mr. Ames' complaint was frivolous and ordered that a hearing would be set to determine the amount of reasonable attorney fees incurred by appellees in defending the lawsuit.

{¶2} On November 16, 2022, this court issued a show cause entry indicating that the appealed judgment did not appear to be a final appealable order since the amount of

attorney fees had not yet been determined. Mr. Ames was given 15 days to respond to the entry, and he filed a brief in support of jurisdiction on November 20, 2022.

{¶3} Upon review, we find that Mr. Ames' response to our show cause is simply not convincing. The appealed entry is not a final appealable order within the meaning of R.C. 2505.02. The trial court has yet to determine the amount of attorney fees. *See Monda v. Shore*, 11th Dist. Portage No. 2008-P-0078, 2009-Ohio-2088. Mr. Ames may be afforded a meaningful and effective remedy by filing an appeal following final judgment by the trial court. *Monda* at ¶ 24.

{¶4} The appeal is hereby dismissed for lack of a final appealable order.


JOHN J. EKLUND, P.J.,

THOMAS R. WRIGHT, J.,

concur.

2